# United States Bankruptcy Court
## Northern District of Florida

In re  **Bing Energy International, Inc.**  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bell, John T. & Kathryn G.<br>503 McDaniel Street<br>Tallahassee, FL 32303 | | 100,000 Series A Preference Shares | |
| Bentz, William A.<br>1645 South Ocean Lane<br>Fort Lauderdale, FL 33316 | | 100,000 Series A Preference Shares | |
| Cao, Fengfei & Mao, Charlene<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov.  PRC | | 50,000 Series A Preference Shares | |
| Cao, Xin<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov.  PRC | | 6,971 common shares (non-founder) | |
| Cao, Xin<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov.  PRC | | 150,000 Series A Preference Shares | |
| Chen, Harry<br>132 - Suite 1 Hamilton Park Drive<br>Tallahassee, FL 32304 | | 3,150,000 founder shares | |
| Chen, Yung<br>2319 Upland Way<br>Tallahassee, FL 32311 | | 1,625,000 founder shares | |
| Chen, Yung<br>2319 Upland Way<br>Tallahassee, FL 32311 | | 200,000 common shares (non-founder) | |
| Cheng, Jill<br>20608 East Oak Meadow Lane<br>Diamond Bar, CA 91765 | | 25,000 Series A Preference Shares | |
| Cho, Jay C.<br>11303 Kemps Mill Road<br>Williamsport, MD 21795 | | 77,000 Series A Preference Shares | |
| Feng, Jiwei<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov.  PRC | | 8,574 common shares (non-founder) | |
| Feng, Jiwei<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov.  PRC | | 50,000 Series A Preference Shares | |

In re:   **Bing Energy International, Inc.**                                              Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gao, Jian**<br>**53-301 Aiguoli**<br>**Aiguo Road, Tianjin, Hexi District PRC** | | **12,860 common shares (non-founder)** | |
| **Gao, Jian**<br>**53-301 Aiguoli**<br>**Aiguo Road, Tianjin, Hexi District PRC** | | **75,000 Series A Preference Shares** | |
| **Gao, Liyang**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **77,000 Series A Preference Shares** | |
| **Gao, Zeren**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **77,000 Series A Preference Shares** | |
| **Hennek, Richard**<br>**1051 Park View Drive**<br>**Tallahassee, FL 32311** | | **575,000  founder shares** | |
| **Hennek, William**<br>**304 Thierry Lane**<br>**Prospect Heights, IL 60070** | | **100,000 Series A Preference Shares** | |
| **Hsu, Kuang Chen**<br>**20667 Keifield Drive**<br>**Diamond Bar, CA 91789** | | **50,000 Series A Preference Shares** | |
| **Jia, Lixia**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **2,324 common shares (non-founder)** | |
| **Jia, Lixia**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **50,000 Series A Preference Shares** | |
| **Jia, Qimin**<br>**2003 Levy Avenue**<br>**Tallahassee, FL 32310** | | **1,530,000  founder shares** | |
| **Keller, Jack Todd & Deborah**<br>**217 East Pershing Street**<br>**Tallahassee, FL 32301** | | **25,000 Series A Preference Shares** | |
| **Kurg, Maurice & Denise**<br>**8168 Crown Bay Marina**<br>**St Thomas, VI 00802** | | **50,000 Series A Preference Shares** | |

In re:  **Bing Energy International, Inc.**                                                                 Case No. _____
                                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LA Partnerships 1 & 2**<br>**15903 West Preserve Loop**<br>**Chino, CA 91708** | | **450,000 Series A Preference Shares** | |
| **Lamb, Rowland**<br>**2528 Springforest Road**<br>**Tallahassee, FL 32301** | | **25,000 Series A Preference Shares** | |
| **Lassiter, Larry W.**<br>**73 Little Trail Lane**<br>**Crawfordville, FL 32327** | | **50,000 Series A Preference Shares** | |
| **Lee Lin Ling Partnership**<br>**19817 Avenida Deseo**<br>**Walnut, CA 91789** | | **55,000 Series A Preference Shares** | |
| **Lin, Kang Shien**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **100,000 Series A Preference Shares** | |
| **Lin, Therina**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **20,000 Series A Preference Shares** | |
| **Liu, Ray**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **50,000 Series A Preference Shares** | |
| **Lua, Jim**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **25,000 common shares (non-founder)** | |
| **Ma, Dongsheng**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **200,000 founder shares** | |
| **Ma, Dongsheng**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **30,721 common shares (non-founder)** | |
| **Ma, Dongsheng**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **1,500,000 Series A Preference Shares** | |
| **McNaughton, Peter M. (as Trustee)**<br>**70 Secret Hollow Trail**<br>**Marietta, SC 29661** | | **50,000 Series A Preference Shares** | |

In re: **Bing Energy International, Inc.**        Case No. _____

                                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Meng, Fanmao**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | 73,272 common shares (non-founder) | |
| **Meng, Fanmao**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | 100,000 Series A Preference Shares | |
| **Minardi, R. Dean**<br>**550 East Georgia Street**<br>**Tallahassee, FL 32303** | | 500,000 founder shares | |
| **Oppenheim, Rick**<br>**482 Frank Shaw Road**<br>**Tallahassee, FL 32312** | | 50,000 Series A Preference Shares | |
| **Rosewinds Investments Ltd.**<br>**267 Rosehill Drive**<br>**Tallahassee, FL 32312** | | 434,000 Series A Preference Shares | |
| **Sachs Media Group**<br>**114 South Duval Street**<br>**Tallahassee, FL 32301** | | 25,000 Series A Preference Shares | |
| **Sachs, Ron & Gay**<br>**303 East Rosehill Drive**<br>**Tallahassee, FL 32312** | | 360,000 Series A Preference Shares | |
| **Samat, Frank M. & Marcia A.**<br>**5360 North Pioneer Avenue**<br>**Chicago, IL 60656** | | 25,000 Series A Preference Shares | |
| **Steven M. Suddath Revocable Living**<br>**4355 Port LaVista Road**<br>**Jacksonville, FL 32207** | | 150,000 Series A Preference Shares | |
| **Tolnay, Michael Clay**<br>**2990 Stoney Brook Court**<br>**Tallahassee, FL 32309** | | 300,000 Series A Preference Shares | |
| **Tong, Hong Ming**<br>**12 Boulder Brook Court**<br>**Belle Mead, NJ 08502** | | 100,000 Series A Preference Shares | |
| **TWH LLC**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | 250,000 common shares (non-founder) | |

In re:  **Bing Energy International, Inc.**                                    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **VPJP, LLC**<br>**1865 South Ocean Drive, E7**<br>**Hallandale, FL 33009** | | **250,000 Series A Preference Shares** | |
| **Wang, Bin**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **12,860 common shares (non-founder)** | |
| **Wang, Bin**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **75,000 Series A Preference Shares** | |
| **Wang, Jiangxin**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **269,300 common shares (non-founder)** | |
| **Wang, Jiangxin**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **19,300 common shares (non-founder)** | |
| **Wang, Joanna F.**<br>**1064 Regal Canyon Drive**<br>**Walnut, CA 91789** | | **25,000 Series A Preference Shares** | |
| **Wang, Yong Qing**<br>**19538 Bridlewood Court**<br>**Walnut, CA 91789** | | **50,000 Series A Preference Shares** | |
| **Wenner, Karl C.**<br>**1608 Cove Point Road**<br>**Klamath Falls, OR 97601** | | **100,000 Series A Preference Shares** | |
| **Williams, Kim B. & Mayda G.**<br>**222 East Pershing Street**<br>**Tallahassee, FL 32301** | | **50,000 Series A Preference Shares** | |
| **Yang, Long**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **1,250,000 founder shares** | |
| **Zhai, James**<br>**15903 West Preserve Loop**<br>**Chino, CA 91708** | | **825,000 founder shares** | |
| **Zhang, Juan**<br>**No. 2 Xiangjiang Road**<br>**Rugao City, Jiangsu Prov.  PRC** | | **400,000 Series A Preference Shares** | |

In re:   **Bing Energy International, Inc.**                                     Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zhang, Xiangjun<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov. PRC | | 13,221 common shares (non-founder) | |
| Zhang, Xiangjun<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov. PRC | | 150,000 Series A Preference Shares | |
| Zheng, Jian-ping<br>2003 Levy Avenue<br>Tallahassee, FL 32310 | | 1,020,000 founder shares | |
| Zhou, Jiangdong<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov. PRC | | 15,000 common shares (non-founder) | |
| Zhu, Jun<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov. PRC | | 8,574 common shares (non-founder) | |
| Zhu, Jun<br>No. 2 Xiangjiang Road<br>Rugao City, Jiangsu Prov. PRC | | 50,000 Series A Preference Shares | |
| Zhu, Wei<br>2988 Verdura Point Drive<br>Tallahassee, FL 32311 | | 50,000 common shares (non-founder) | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  07 July, 2016              Signature  _R. Dean Minardi_ (signed)

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.