UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                                    CASE NO.:

BING ENERGY INTERNATIONAL, INC.,                              CHAPTER 11

    Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

    In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Bing Energy International, Inc., a Cayman Islands corporation (the "Company") does hereby certify that there are no corporations that directly or indirectly own 10% or more of any class of the Company's equity interests.

    I, the Chief Executive Officer of Bing Energy International, Inc., the Company named as the debtor in this case, declare under penalty of perjury, that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

July 7, 2016.                                   Bing Energy International, Inc.

                                    By: _____
                                         R. Dean Minardi, Chief Executive Officer

7181425-1